

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

## No. 07-16-00222-CR
_____

TRAFTON RODGERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2016-409,230; Honorable Jim Bob Darnell, Presiding

June 17, 2016

## ORDER OF SEVERANCE

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Following pleas of guilty, Appellant, Trafton Rodgers, was convicted by the trial court of two separate counts of aggravated assault with an affirmative finding on use of a deadly weapon, to wit: a firearm.[1] The trial court entered two separate judgments assessing ten-year sentences in each and suspending imposition of sentence in favor of

_____

[1] TEX. PENAL CODE ANN. § 22.02(a)(2) (West 2011).

community supervision for ten years. The trial court signed two separate *Trial Court's Certification of the Defendant's Right to Appeal.* By a single notice of appeal, Appellant challenges his convictions.

Because this appeal involves two separate judgments, for purposes of clarity, we *sua sponte* sever this appeal into separate appellate cause numbers, one as to each judgment. Henceforth, the appeal of the judgment entered as to Count I will bear appellate cause number 07-16-00222-CR, whereas the appeal of the judgment entered as to Count II will bear appellate cause number 07-16-00223-CR. All filings, specifically including the Clerk's Record, Reporter's Record and all briefing filed in cause number 07-16-00222-CR shall be considered as being filed in the companion case.

It is so ordered.

Per Curiam

Do not publish.